IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JESSICA BATISTE, *individually and on behalf of all others similarly situated*, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: 4:25-cv-00185-CDL |
| AFLAC INCORPORATED, | * * | |
| Defendant. | * | |

**ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.1.3, Thomas F. Gristina of the law firm Page, Scrantom, Sprouse, Tucker & Ford, P.C. hereby requests that the Court enter his name as attorney of record for Defendant AFLAC Incorporated. The Clerk of the Court is requested to record this entry of appearance and to reflect the same on all appropriate court dockets, calendars, and other records.

This 2nd day of July, 2025.

               PAGE, SCRANTOM, SPROUSE,
               TUCKER & FORD, P.C.

               By: */s/ Thomas F. Gristina*
                 Thomas F. Gristina
                 Ga. Bar. No.: 452454
                 tgristina@pagescrantom.com
                 Alan G. Snipes
                 asnipes@pagescrantom.com
                 Ga. Bar No.: 665781
                 1111 Bay Avenue, Third Floor
                 P.O. Box 1199
                 Columbus, Georgia 31902
                 (706) 324-0251

               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This 2nd day of July, 2025.

*/s/ Thomas F. Gristina*
Counsel for Defendant